In re RICOH COMPANY, LTD.
PATENT LITIGATION.

Synopsys, Inc., Plaintiff–Appellee,

v.

Ricoh Company, Ltd., Defendant–
Appellant.

Ricoh Company, Ltd., Plaintiff,

v.

Aeroflex Incorporated, Ami Semiconductor, Inc., Matrox Electronic Systems, Ltd., Matrox Graphics, Inc., Matrox International, Inc., Matrox Tech, Inc., and Aeroflex Colorado Springs, Inc., Defendants.

No. 2012–1522.

United States Court of Appeals,
Federal Circuit.

March 12, 2013.

Richard G. Frenkel, Latham & Watkins, LLP, of Menlo Park, California, argued for plaintiff-appellee. With him on the brief was Ron E. Shulman.

Kenneth W. Brothers, Dickstein Shapiro LLP, of Washington, DC, argued for defendant-appellant. With him on the brief were Gary M. Hoffman; and Krista M. Carter, of Palo Alto, CA. Of counsel was Assad H. Rajani, of Palo Alto, CA.

LOURIE, BRYSON, and DYK, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**